IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MEGAN DONOHUE | : | CIVIL ACTION |
| | : | NO. 12-1460 |
| v. | : | |
| | : | |
| REGIONAL ADJUSTMENT BUREAU, | : | |
| INC., et al. | : | |

## **ORDER**

AND NOW this 19th day of February 2013, upon consideration of a motion to dismiss the second amended complaint by defendants PHEAA and the PHEAA individual defendants' (Dkt. No. 20), plaintiff Meghan Donohue's reply thereto (Dkt. No. 25), plaintiff's notice of recent authority in further support of her reply (Dkt. No. 31) and defendants' response thereto (Dkt. No. 32), it is ORDERED that the motion to dismiss is GRANTED and Count I of the Second Amended Complaint asserting violations of the FDCPA is dismissed. Because the remaining claims against PHEAA and the PHEAA are individual defendants are state law claims the Court declines to exercise supplemental jurisdiction over Counts II and III and those claims are DISMISSED without prejudice.

                                               */s/ Thomas O'Neill*
                                               THOMAS N. O'NEILL, JR., J.